UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNETT YOUNG, | ) Case No. CV 12-11 UA (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| BUREAU OF PRISONS, | ) |
| Defendant. | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

*Audrey B. Collins*

DATE: March 13, 2012  _____
HON. AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE